# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| **RAFAEL DANIEL DE LA CRUZ JIMENEZ:**<br>    **REG. # 56269-004** | **DOCKET NO. 20-cv-00626**<br>**SECTION P** |
| **VERSUS** : | **JUDGE TERRY A. DOUGHTY** |
| **USA, ET AL** : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** the motion for a hearing on the merits, contained within Petitioner's Objection to the Report and Recommendation [Doc. No. 10] is **DENIED**.

**IT IS FURTHER ORDERED** that the Motions for Preliminary Injunction [Doc. No. 1] and Motion to Waive the Federal Bureau of Prison's Administrative Process [Doc. No. 2] are **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Petition is **DENIED** and **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this 30th day of June, 2020.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**